826

No. 76–1639.   RAMSEY v. THE MODOC ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 76–1641.   ROSNER v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 76–1642.   SEARS, ROEBUCK & Co. v. GENERAL SERVICES ADMINISTRATION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 76–1643.   MAGAVERN, EXECUTOR AND TRUSTEE v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 76–1646.   KEARNEY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 76–1648.   MILLROOD v. PENNSYLVANIA.   Sup. Ct. Pa. Certiorari denied.

No. 76–1649.   MOVERS & WAREHOUSEMEN'S ASSOCIATION OF METROPOLITAN WASHINGTON, D. C., INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 4th Cir.   Certiorari denied.

No. 76–1652.   MOUNT WILSON F. M. BROADCASTERS, INC. v. FOX ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 76–1654.   BROWNSELL ET UX. v. DAVIDSON ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 76–1655.   RICKENBACKER v. WARDEN, AUBURN CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 76–1657.   MACKETHAN, RECEIVER v. BURRUS, COOTES & BURRUS ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 76–1659.   GUTTELMAN v. STEWART ET AL.   C. A. 5th Cir.   Certiorari denied.